**Order entered May 26, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00934-CV

**KALEI MERRILL, Appellant**

**V.**

**MITCHELL CURRY, ET AL., Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01827-2019**

## ORDER

Before the Court is the May 23, 2022 letter of counsel for appellant which we construe as a motion to take judicial notice of various documents. We **DEFER** the motion to the submissions panel. This appeal will be submitted in due course.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE